IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD McCLISH,** | CIV S-08-0461 GEB EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES YATES, et al.,** | |
| Respondents. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional 30 days, to and including June 9, 2008, to file a response to Petitioner's petition for writ of habeas corpus.

DATED: May 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Order