IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD McCLISH,

    Petitioner,               No. CIV S-08-0461 GEB EFB P

    vs.

JAMES YATES, et al.,

    Respondents.          ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 26, 2008, petitioner requested an extension of time to file and serve a reply. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's June 26, 2008, request is granted and petitioner has 30 days from the date this order is served to file and serve a reply.

DATED: July 7, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE